Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2016 to 12/31/2016  
**Case Number: 13-34489 (JNP)**

Richard C. Smith, Jr. and Tanisha C. Green-Smith  
1029 North 24Th Street  
Camden, NJ  08105

Monthly Payment: $406.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2016 | $99.00 | 01/19/2016 | $99.00 | 01/26/2016 | $99.00 | 02/02/2016 | $99.00 |
| 02/09/2016 | $99.00 | 02/17/2016 | $93.69 | 02/23/2016 | $93.69 | 03/01/2016 | $93.69 |
| 03/07/2016 | $93.69 | 03/15/2016 | $93.69 | 03/21/2016 | $93.69 | 03/29/2016 | $93.69 |
| 04/05/2016 | $93.69 | 04/12/2016 | $93.69 | 04/19/2016 | $93.69 | 04/26/2016 | $93.69 |
| 05/03/2016 | $93.69 | 05/11/2016 | $93.69 | 05/16/2016 | $93.69 | 05/24/2016 | $93.69 |
| 06/01/2016 | $93.69 | 06/08/2016 | $93.69 | 07/01/2016 | $203.00 | 07/12/2016 | $203.00 |
| 07/27/2016 | $203.00 | 08/10/2016 | $203.00 | 08/24/2016 | $203.00 | 09/07/2016 | $203.00 |
| 09/20/2016 | $203.00 | 10/19/2016 | $203.00 | 11/02/2016 | $203.00 | 11/15/2016 | $203.00 |
| 12/01/2016 | $203.00 | 12/06/2016 | $203.00 | 12/13/2016 | $203.00 | 12/28/2016 | $203.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RICHARD C. SMITH, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,824.93 | $2,824.93 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $3,280.75 | $3,280.75 | $0.00 | $3,280.75 |
| 1 | AT&T CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | American Education Services | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN HONDA FINANCE CORPORATION | 33 | $11,988.77 | $0.00 | $11,988.77 | $0.00 |
| 5 | AMERICAN HONDA FINANCE CORPORATION | 33 | $5,627.49 | $0.00 | $5,627.49 | $0.00 |
| 7 | ANESTHESIA & CRITICAL CARE SPEC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | APOGEE FINANCE, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAMDEN COUNTY | 24 | $891.68 | $515.72 | $375.96 | $109.18 |
| 11 | CNAC, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | eCAST SETTLEMENT CORPORATION | 33 | $360.05 | $0.00 | $360.05 | $0.00 |
| 14 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $419.89 | $0.00 | $419.89 | $0.00 |
| 16 | CARSON SMITHFIELD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CHERRY HILL EMERGENCY PHYS SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CITY OF WEST PALM BEACH FIRE RESCUE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | COUNTRY DOOR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | U.S. DEPARTMENT OF EDUCATION | 33 | $56,199.95 | $0.00 | $56,199.95 | $0.00 |
| 22 | DOCTORS BUSINESS BUREAU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | EMERGENCY PHYSICIANS ASSOCIATES OF S.J., PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | EMERGENCY PHYSICIANS ASSOCIATION OF SOUTH JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | EMERGENCY PHYSICIANS ASSOCIATES OF S.J., PC | 33 | $1,173.00 | $0.00 | $1,173.00 | $0.00 |
| 27 | PREMIER BANKCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | GENARO MOLINA | 33 | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| 29 | PYOD, LLC | 33 | $345.86 | $0.00 | $345.86 | $0.00 |
| 30 | HRRG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | eCAST SETTLEMENT CORPORATION | 33 | $313.42 | $0.00 | $313.42 | $0.00 |
| 34 | eCAST SETTLEMENT CORPORATION | 33 | $251.66 | $0.00 | $251.66 | $0.00 |
| 36 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | IMAGING ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | KAY JEWELERS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | KENNEDY HEALTH SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | KENNEDY HEALTH SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | KENNEDY HEALTH SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | KENNEDY UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | LAW OFFICES THOMAS & COOK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | LITTON MORTGAGE CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | MERCURY INDEMNITY CO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | MERRICK BANK | 33 | $826.22 | $0.00 | $826.22 | $0.00 |
| 50 | NEW JERSEY AMERICAN WATER | 24 | $164.09 | $94.90 | $69.19 | $15.32 |
| 51 | ORTHOPAEDIC CARE SPECIALISTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | PALM BEACH PATHOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | APEX ASSET MANAGEMENT, LLC | 33 | $324.42 | $0.00 | $324.42 | $0.00 |
| 55 | Providian | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | REGIONAL ORTHOPEDIC PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | REGIONAL ORTHOPEDICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | RUSHMORE LOAN MANAGEMENT SERVICES | 24 | $7,796.68 | $4,509.40 | $3,287.28 | $954.66 |
| 59 | SOUTH JERSEY F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | SPA FITNESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | SPECIALIZED LOAN SERVICING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | ST. MARY'S MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | STRAYER UNIV PA CENTER CITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | SUN FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | UMDNJ SOM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | USCB CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | UNDERWOOD MEMORIAL HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | VANGUARD ANESTHESIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | AMERICAN INFOSOURCE, LP | 33 | $308.77 | $0.00 | $308.77 | $0.00 |
| 73 | WORLDWIDE ASSET PURCHASING II, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | PNC BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 85 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 86 | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS I | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | ECMC | 33 | $9,722.54 | $0.00 | $9,722.54 | $0.00 |
| 89 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 90 | DEPARTMENT OF THE TREASURY | 33 | $9,115.76 | $0.00 | $9,115.76 | $0.00 |
| 94 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 96 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $112.44 | $0.00 | $112.44 | $0.00 |
| 97 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 98 | HSBC CARD SERVCIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 99 | HOME DEPOT CREDIT SVCS. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 13-34489 (JNP)**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 100 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 101 | AMERICAN INFOSOURCE, LP | 33 | $131.17 | $0.00 | $131.17 | $0.00 |
| 102 | GENARO MOLINA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 104 | AMERICAN INFOSOURCE, LP | 33 | $163.32 | $0.00 | $163.32 | $0.00 |
| 105 | AMERICAN INFOSOURCE, LP | 33 | $67.11 | $0.00 | $67.11 | $0.00 |
| 108 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 110 | VERIZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 111 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 112 | U.S. DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 114 | EMERGENCY PHYSICIANS ASSOCIATES OF S.J., PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 115 | MERRICK BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 116 | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS I | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 117 | AMERICAN HONDA FINANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 118 | DIRECTV, LLC | 33 | $302.90 | $0.00 | $302.90 | $0.00 |
| 119 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $324.16 | $0.00 | $324.16 | $0.00 |
| 120 | PYOD, LLC | 33 | $428.92 | $0.00 | $428.92 | $0.00 |
| 121 | RUSHMORE LOAN MANAGEMENT SERVICES | 13 | $526.00 | $526.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2013 | 25.00 | $282.00 |
| 01/01/2016 | 35.00 | $406.00 |
| 12/01/2018 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,929.73 |
| Total paid to creditors this period: | $4,359.91 |
| Undistributed Funds on Hand: | $374.34 |
| Arrearages: | ($697.73) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**