**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Richard C. Smith, Jr. and Tanisha C. Green-Smith | Case No.: | 13-34489 |
| | Hearing Date: | |
| | Chapter: | 13 |
| | Judge: | Poslusny |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Default

**Location of Hearing:** Courtroom No. 4C
Mitchell C. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:** June 6, 2017 at 10:00 A.M., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 5/15/17

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on __May 15__, 20__17__ this notice was served on the following: Debtor, Attorney for Debtor, Trustee, Creditor, Attorney for Creditor

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard C. Smith, Jr.  
Tanisha C. Green-Smith  
    Debtors

Case No. 13-34489-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 19, 2017  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.  
db/jdb          +Richard C. Smith, Jr.,   Tanisha C. Green-Smith,   1029 North 24th Street,   Camden, NJ 08105-3813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:

         Brian E Caine    on behalf of Creditor   U.S. Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Brian E Caine    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMAC Trust, Series 2013-3T bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMAC Trust, Series 2013-3T bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Eric Clayman    on behalf of Joint Debtor Tanisha C. Green-Smith jenkins.clayman@verizon.net  
         Eric Clayman    on behalf of Debtor Richard C. Smith, Jr. jenkins.clayman@verizon.net  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins    on behalf of Joint Debtor Tanisha C. Green-Smith jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
         Jeffrey E. Jenkins    on behalf of Debtor Richard C. Smith, Jr. jenkins.clayman@verizon.net, jenkins.clayman@verizon.net

                                                                                                       TOTAL: 10