UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

**Order Filed on September 5, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Richard & Tanisha Smith
Debtor

Case No:   13-34489

Chapter:       13

Judge:      JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 5, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__500.00_____ for services rendered and expenses in the amount of $__18.12_____ for a total of $___518.12_____.  The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____444.00_____ per month for _____15___ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-34489-JNP
Richard C. Smith, Jr.                                                     Chapter 13
Tanisha C. Green-Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Sep 08, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db/jdb          +Richard C. Smith, Jr.,    Tanisha C. Green-Smith,    1029 North 24th Street,
                 Camden, NJ 08105-3813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2017 at the address(es) listed below:
        Brian E Caine    on behalf of Creditor    U.S. Bank, et al bcaine@parkermccay.com,
         BKcourtnotices@parkermccay.com
        Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
         capacity but solely as Trustee for RMAC Trust, Series 2013-3T bcaine@parkermccay.com,
         BKcourtnotices@parkermccay.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
         capacity but solely as Trustee for RMAC Trust, Series 2013-3T
         bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
        Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Eric  Clayman    on behalf of Joint Debtor Tanisha C. Green-Smith jenkins.clayman@verizon.net
        Eric  Clayman    on behalf of Debtor Richard C. Smith, Jr. jenkins.clayman@verizon.net
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Jeffrey E. Jenkins    on behalf of Joint Debtor Tanisha C. Green-Smith jenkins.clayman@verizon.net,
         jenkins.clayman@verizon.net
        Jeffrey E. Jenkins    on behalf of Debtor Richard C. Smith, Jr. jenkins.clayman@verizon.net,
         jenkins.clayman@verizon.net

                                                                                  TOTAL: 10