UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 13-34489 |
| Richard C. Smith Jr. | CHAPTER: 13 |
| Tanisha C. Green-Smith a/k/a Tanisha | NOTICE OF APPEARANCE |
| C. Smith a/k/a Tanisha C. Green | |
| Debtor(s) | HON. JUDGE.: JERROLD N. POSLUSNY JR. |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of BSI Financial Services and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

FRIEDMAN VARTOLO, LLP
Attorneys for BSI Financial Services
85 Broad Street, Suite 501
New York, New York 10004
bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a

waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: April 26, 2018
      New York, New York

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO, LLP
Attorneys for BSI Financial Services
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

---------------------------------------------------------------X

IN RE:

Richard C. Smith, Jr.

Tanisha C. Green-Smith a/k/a Tanisha C. Smith a/k/a

Tanisha C. Green

Debtor(s)

---------------------------------------------------------------X

: CASE NO.: 13-34489

: CHAPTER: 13

: HON. JUDGE.:

: JERROLD N. POSLUSNY JR.

## CERTIFICATE OF SERVICE

On April 26, 2018, I served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Jonathan Schwalb
Jonathan Scwalb, Esq.
FRIEDMAN VARTOLO,
LLP Attorneys for BSI
Financial Services
85 Broad Street, Suite 501
New York, New York
10004 T: (212) 471-5100
F: (212) 471-5150

## SERVICE LIST

Richard J. Smith, Jr.
1029 North 24th Street
Camden, NJ 08105
*Debtor*

Tanisha C. Green-Smith a/k/a
Tanisha C. Smith a/k/a Tanisha
C, Green
1029 North 24th Street
Camden, NJ 08105
*Debtor*

Eric Clayman
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
*Debtor's Attorney*

Jeffrey E. Jenkins
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
*Debtor's Attorney*

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Sutite 580
Cherry Hill, NJ 08002
*Trustee*


Donna L. Wenzel
Office of Chapter 13 Trustee
535 Rt. 28
Suite 580
Cherry Hill, NJ 08002
*Trustee's Attorney*