**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard C. Smith Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6717<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tanisha C. Green–Smith<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2557<br>EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    13–34489–JNP

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard C. Smith Jr.                                Tanisha C. Green–Smith
                                                    aka Tanisha C. Smith, aka Tanisha C. Green

5/9/19                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                           Case No. 13-34489-JNP
Richard C. Smith, Jr.                                            Chapter 13
Tanisha C. Green-Smith
        Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 4           Date Rcvd: May 09, 2019
                              Form ID: 3180W           Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db/jdb         +Richard C. Smith, Jr.,   Tanisha C. Green-Smith,    1029 North 24th Street,
                 Camden, NJ 08105-3813
cr             +BSI Financial Services as servicer for US Bank Tru,   Friedman Vartolo, LLP,
                 85 Broad Street, Suite 501,   New York, NY 10004-1734
nc              Robert Hensler,   888B Haddon Avenue,   Collingswood, NJ  08108
514340322       American Education Services,    PO Box 2461,   Harrisburg, PA 17105-2461
514340323      +American Honda Finance Co,   c/o Law Offices of Ross Gelfand LLC,
                 1265 Minhinette Drive  Ste 150,   Roswell, GA 30075-3656
514340326      +American Housing Authority,    23016 Lake Forest Drive  Ste A 397,   Laguna Hills, CA 92653-1324
514552315      +American InfoSource LP as agent for,   DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
514340327       Anesthesia & Critical care Spec,    PO Box 2099,   Jupiter, FL 33468-2099
514548581       Apex Asset Management LLC,    PO Box 5407,   Lancaster, PA 17606-5407
514340328       Apogee Finance,   1045 Cooper Street,   Deptford, NJ 08096-3033
514340336      +CCMUA,   PO Box 1105,   Bellmawr, NJ 08099-5105
514340352     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Svcs.,   PO Box 688966,
                 Des Moines, IA 50368-8966)
514340340      +CNAC LLC dba CAAC,   c/o Sklar Markind,    102 Browning Lane  Building B  Ste 1,
                 Cherry Hill, NJ 08003-3195
514340337      +Central Financial Control,    PO Box 66044,   Anaheim, CA 92816-6044
514340338      +Cherry Hill emergency Phys Services,    c/o IMBS,   PO Box 189053,   Planatation, FL 33318-9053
514340339      +City of West Palm Beach Fire Rescue,    PO Box 3366,   Finance Dept,
                 West Palm Beach, FL 33402-3366
514340342       Department of Education,   Fedloan Servicing,    PO Box 530210,   Atlanta, GA 30353-0210
514340343      +Doctors Business Bureau,   202 N Federal Hwy,   Lake Worth, FL 33460-3438
514524583       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1109,   Minneapolis, MN 55440-1109
514340344       Emerg Phy Assoc of S Jersey,    PO Box 740021,   Cincinnati, OH 45274-0021
514340345       Emerg Phy Assoc of S Jersey PC,    c/o ARS Account Resolution,   19=801 NW 66th Ave  Ste 200C,
                 Plantation, FL 33313-4571
514340346       Emrg Phy Assoc of S Jersey PC,    PO Box 635999,   Cincinnati, OH 45263-5999
514509749       FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
514340349      +Genaro Molina,   c/o Robert Hensler, Esq,    601 Haddon Avenue,   Collingswood, NJ 08108-3740
514340350      +General Electric Capital Corp,    c/o J C Christensen & Associates Inc,   PO Box 519,
                 Sauk Rapids, MN 56379-0519
514340353       HRRG,   PO Box 5406,   Cincinnati, OH 45273-7942
514340357       Imaging Associates,    c/o Doctors Business Bureau,   202 N Federl Hwy,
                 Lake Worth, FL 33460-3438
514340360       Kennedy Health,   c/o Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
514340361      +Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
514340362      +Kennedy Health Systems,    PO Box 48023,   Newark, NJ 07101-4823
514340363       Kennedy University Hospital,    PO Box 48023,   Newark, NJ 07101-4823
514340364      +Law Offices Thomas & Cook,    57 Cooper Street,   PO Box 598,   Woodbury, NJ 08096-7598
514340365       Litton Mortgage Center,    24 Greenway  Plz #712,   Houston, TX 77046-2401
514340367       Mercury Indemnity Co,   PO Box 30166,   Tampa, FL 33630-3166
514340371       New Jersey American Water,    Box 371331,   Pittsburgh, PA 15250-7331
514340375       PNC Bank,   Attn Bankruptcy Dept,    27390 Liberty Avenue,   Pittsburgh, PA 15222
514340373       Palm Beach pathology,   PO Box 4117,    West Palm Beach, FL 33402-4117
514340374      #+Penn Credit Corp,   PO Box 988,   Harrisburg, PA 17108-0988
514340376      +Professional Gastroenterology Assoc.,    1939 Rt 70 E Ste. 250,   Cherry Hill, NJ 08003-4510
514340378      +Regional Orthopedic PA,    PO Box 8850,   Turnersville, NJ 08012-8850
514340380      +Rushmore Loan Management Services,    PO Box 52708,   Irvine, CA 92619-2708
514340381      +South Jersey Federal Credit Union,    c/o Transworld Systems,   PO Box 1864,
                 Santa Rosa, CA 95402-1864
514340382      +Spa Fitness,   c/o Tek Collect,    PO Box 1269,   Columbus, OH 43216-1269
514340383       Specialized Loan Services,    8742 Lucent blvd  Ste 300,   Highlands Ranch, CO 80129-2386
514340384       St. Mary’s Medical Center,    PO Box 532542,   Atlanta, GA 30353-2542
514510997      +U.S. Bank National Association, not in its individ,   c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
517600547      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517600548      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038,   U.S. Bank Trust National Association,
                 c/o BSI Financial Services 75038-2480
514340388       UMDNJ Som,   Faculty Practice Plan,    PO Box 635,   Bellmawr, NJ 08099-0635
514340389       Underwood Memorial Hospital,    Billing Office,   509 North Broad Street,
                 Woodbury, NJ 08096-1697
514340392      +Vanguard Anesthesia,   c/o Community Collections Inc,    2444 Morris Ave  Ste 103,
                 Union, NJ 07083-5711
```

```
District/off: 0312-1                  User: admin                   Page 2 of 4                   Date Rcvd: May 09, 2019
                                      Form ID: 3180W                Total Noticed: 95


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514359307        EDI: HNDA.COM May 10 2019 04:13:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
514340329        EDI: CINGMIDLAND.COM May 10 2019 04:13:00      AT&T Wireless,    PO Box 8220,
                 Aurora, IL 60572-8220
514340324        EDI: BASSASSOC.COM May 10 2019 04:13:00      American Honda Finance Corp,
                 c/o Bass & Associates,    Suite 200  3936 E. Fort Lowell Road,    Tucson, AZ 85712-1083
514479322        EDI: AIS.COM May 10 2019 04:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
514701752       +EDI: BASKLAR.COM May 10 2019 04:18:00      CNAC, LLC dba CAAC,    c/o Andrew Sklar, Esquire,
                 Sklar Law, LLC,    1200 Laurel Oak Road, Suite 102,    Voorhees, New Jersey 08043-4317
514340330       +EDI: CAPITALONE.COM May 10 2019 04:14:00      Capital One,    pO Box 30281,
                 Salt Lake City, UT 84130-0281
514340331        EDI: CAPITALONE.COM May 10 2019 04:14:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
514340332        EDI: CAPITALONE.COM May 10 2019 04:14:00      Capital One Bank (USA), N.A.,    PO Bx 71083,
                 Charlotte, NC 28272-1083
514340333        EDI: CAPITALONE.COM May 10 2019 04:14:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
514340334        EDI: MERRICKBANK.COM May 10 2019 04:13:00      Carson Smithfield,    PO Box 30537,
                 Tampa, FL 33630-3537
514340341        EDI: CBS7AVE May 10 2019 04:14:00      Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
514398937        EDI: ECMC.COM May 10 2019 04:13:00      ECMC,    PO BO 16408,   ST PAUL, MN 55116-0408
514340347       +EDI: CONVERGENT.COM May 10 2019 04:13:00      ER Solutions,    800 SW 39th Street,
                 Renton, WA 98057-4927
514340348       +EDI: AMINFOFP.COM May 10 2019 04:14:00      First Premier Bank,    601 S. Minnesota Ave.,
                 Sioux Falls, SD 57104-4868
514340354       +EDI: HFC.COM May 10 2019 04:14:00      HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
514340355        EDI: HFC.COM May 10 2019 04:14:00      HSBC Card Servcies,    PO Box 80084,
                 Salinas, CA 93912-0084
514340351       +E-mail/Text: info@hfrs1.com May 09 2019 23:54:32      Heritage Financial Recovery Services,
                 600 East Crescent Avenue   Ste 304,    Upper Saddle River, NJ 07458-1899
514340356        EDI: IIC9.COM May 10 2019 04:18:00      IC Systems,    444 Highway 96 East,    PO Box 64887,
                 Saint Paul, MN 55164-0887
514340358        EDI: IRS.COM May 10 2019 04:14:00      IRS,    PO Box 7346,   Philadelphia, PA 19101-7346
514429298        EDI: JEFFERSONCAP.COM May 10 2019 04:13:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
514340359        E-mail/Text: BKRMailOPS@weltman.com May 09 2019 23:53:38      Kay Jewelers,    PO Box 740425,
                 Cincinnati, OH 45274-0425
514531110        EDI: MERRICKBANK.COM May 10 2019 04:13:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
514340366        EDI: TSYS2.COM May 10 2019 04:14:00      Macy’s,    PO Box 183083,    Columbus, OH 43218-3083
514340368        EDI: MERRICKBANK.COM May 10 2019 04:13:00      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
514340370        E-mail/Text: bankruptcydepartment@tsico.com May 09 2019 23:54:36       NCO Financial Systems,
                 PO Box 15740,    Wilmington, DE 19850-5740
514397893       +E-mail/Text: csc.bankruptcy@amwater.com May 09 2019 23:54:48       New Jersey American Water,
                 PO Box 578,    Alton, IL 62002-0578
514340372        E-mail/Text: Jessica@OrthocareFL.com May 09 2019 23:54:33      Orthopaedic Care Specialists,
                 733 US Highway One,    North Palm Beach, FL 33408-4513
514551329        EDI: PRA.COM May 10 2019 04:13:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One/Hsbc,    POB 41067,   Norfolk VA 23541
514559563       +EDI: RESURGENT.COM May 10 2019 04:14:00      PYOD, LLC its successors and assigns as assignee,
                 of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
514340377       +EDI: CHASE.COM May 10 2019 04:14:00      Providian,    PO Box 9016,    Pleasanton, CA 94566-9016
514340379       +E-mail/Text: ebn@medassurance.com May 09 2019 23:54:46      Regional Orthopedics,
                 c/o MEDassurance LLC,    PO Box 1076,    Voorhees, NJ 08043-7076
514340385        E-mail/Text: ebn@wfcorp.com May 09 2019 23:54:52      Strayer Univ Pa Center City,
                 c/o Williams & Fudge Inc,    PO Box 11590,    Rock Hill, SC 29731-1590
514340386        E-mail/Text: consumerlending@sunfcu.org May 09 2019 23:54:20       Sun Federal Credit Union,
                 PO Box 971,    Toledo, OH 43697-0971
514340387        EDI: TDBANKNORTH.COM May 10 2019 04:14:00      TD Bank,    Operations Center,    PO Box 219,
                 Lewiston, ME 04243
514340391        E-mail/Text: elenas@uscbcorporation.com May 09 2019 23:53:02      USCB Corp,
                 RE;Stratfprd Career Omstotite,    PO Bpx 75,   Archbald, PA 18403
514340390        EDI: URSI.COM May 10 2019 04:13:00      United Recovery Systems,    PO Box 722929,
                 Houston, TX 77272-2929
514340393        EDI: VERIZONCOMB.COM May 10 2019 04:13:00      Verizon,    PO Box 28002,
                 Lehigh Valley, PA 18002-8002
514340394       +EDI: WESTASSET.COM May 10 2019 04:13:00      Worldwide Asset Purchasing,
                 101 Converntion Ceter Street,    Las Vegas, NV 89109-2001
```

```
District/off: 0312-1          User: admin                Page 3 of 4                   Date Rcvd: May 09, 2019
                              Form ID: 3180W             Total Noticed: 95

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514340395         E-mail/Text: bankruptcy@affglo.com May 09 2019 23:54:00      Worldwide Asset Purchasing LLC,
                   c/o Leading Edge Recovery Soltuions,   PO Box 129,   Linden, MI 48451-0129
514372900         EDI: ECAST.COM May 10 2019 04:14:00      eCAST Settlement Corporation, assignee,
                   of Capital One Bank (USA), NA,   POB 35480,   Newark, NJ 07193-5480
514372899         EDI: ECAST.COM May 10 2019 04:14:00      eCAST Settlement Corporation, assignee,
                   of HSBC Bank Nevada and its Assigns,   POB 35480,   Newark, NJ 07193-5480
514372901         EDI: ECAST.COM May 10 2019 04:14:00      eCAST Settlement Corporation, assignee,
                   of Citibank USA, N.A. HOME DEPOT,   POB 35480,   Newark, NJ 07193-5480
                                                                                              TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BSI Financial Services,    85 Broad Street
cr                Jefferson Capital Systems LLC
cr                U.S. Bank National Association, not in its individ
514340325*        American Honda Finance Corp,   c/o Bass & Associates,   Suite 200  3936 E Fort Lowell Road,
                   Tucson, AZ 85712-1083
514512254*       +U.S. Bank National Association, not in its individ,   c/o Zucker Goldberg & Ackerman,
                   200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
514512853*       +U.S. Bank National Association, not in its individ,   c/o Zucker Goldberg & Ackerman,
                   200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
514513291*       +U.S. Bank National Association, not in its individ,   c/o Zucker Goldberg & Ackerman,
                   200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
514340335       ##+CBE Group,   131 Towe Park Drive,   Suite 100,   Waterloo, IA 50701-9374
514340369        ##National Recovery Systems,   PO Box 702257,   Dallas, TX 75370-2257
                                                                              TOTALS: 3, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for RMAC Trust, Series 2013-3T bcaine@parkermccay.com,
            BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    U.S. Bank, et al bcaine@parkermccay.com,
            BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for RMAC Trust, Series 2013-3T
            bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Eric  Clayman    on behalf of Joint Debtor Tanisha C. Green-Smith jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
          Eric  Clayman    on behalf of Debtor Richard C. Smith, Jr. jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin                Page 4 of 4                  Date Rcvd: May 09, 2019
                              Form ID: 3180W             Total Noticed: 95
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeffrey E. Jenkins    on behalf of Joint Debtor Tanisha C. Green-Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Jeffrey E. Jenkins    on behalf of Debtor Richard C. Smith, Jr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services as servicer for US Bank Trust National Association, as Trustee of the SCIG Series III Trust bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com
          Robert   Hensler    on behalf of Creditor Genaro  Molina rhensler@roberthenslerllc.com
                                                                                                                                            TOTAL: 13